**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELICIA KING,<br><br>Plaintiff,<br><br>vs.<br><br>IMI MIRACLE MALL, LLC, a Foreign Limited Liability Company; DOE MANAGERS I through X; DOE MAINTENANCE and/or INSPECTION EMPLOYEES or AGENTS I through X; DOES I through XX; ROE PROPERTY MANAGEMENT ENTITIES I though X; ROE MAINTENANCE and/or INSPECTION ENTITIES I through X; and ROE CORPORATIONS and/or ENTITIES I through XX inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-2142-ART-NJK<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION [ECF 1]** |

THIS MATTER is before the Court on Plaintiff and Defendant's Stipulation to Remand Removed Action [ECF 1], and the Court having jurisdiction over this matter and having reviewed the pleadings on file and stipulation of counsel, GRANTS the Stipulation:

IT IS ORDERED, ADJUDGED and DECREED that pursuant to 28 U.S.C. § 1447 this matter shall be remanded back to the Eighth Judicial District Court, Clark County, Nevada.

1   IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case.

4   Entered this 26th day of November 2025.

_____
HON. ANNE R. TRAUM
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-2-